UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   RONALD A GERENCHER

CASE NO. 05 B 06489

CHAPTER 13

JUDGE: BRUCE W BLACK

   Debtor  
SSN XXX-XX-2098

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/24/05 and confirmed on 05/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 20473.74 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 18068.02 | .00 | 18068.02 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18068.02 | .00 | .00 | .00 | 18068.02 |
| PRINCIPAL PAID | 18068.02 | .00 | .00 | .00 | 18068.02 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 18068.02 | .00 | .00 | .00 | 18068.02 |

The Debtor's attorney, PATRICK A MESZAROS        , was allowed $   2000.00 and was paid $    400.00   direct and $   1600.00  through the plan.

The Trustee received $    802.61 .

Refunds to the Debtor totaled $      3.11 .

Dated: 06/23/08                          /S/  
                                        GLENN STEARNS  
                                        CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 05 B 06489 RONALD A GERENCHER
```